DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *roger.wenthe@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cv-1665-JAD-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| FVS HOLDINGS, INC., d/b/a GREEN VALLEY DRUGS; and SCOT SILBER, | |
| Defendant. | |

## **STIPULATION TO DISMISS**

The parties, by their undersigned attorneys, having compromised and settled all claims in this matter, hereby present their stipulation to dismiss this case with prejudice and without court order, and with each side to bear its own costs and attorney's fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

## **ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs.  The Motion to Dismiss [#8] is hereby DENIED as moot.

Dated:  June 11, 2014.

_____
UNITED STATES DISTRICT JUDGE

Dated this 11th day of June, 2014.

For the Plaintiff:

DANIEL G. BOGDEN

*/s/ Roger W. Wenthe*
ROGER W. WENTHE
Assistant United States Attorney

For the Defendant:

*/s/ Noah Jussim*
GORDON SILVER
William M. Noall, Esq.
Nevada Bar No. 3549
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169

MCGUIRE WOODS LLP
Noah E. Jussim, Esq.
California Bar No. 194103
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501